*Mr. J. J. McHatton, Mr. L. P. Forestell,* and *Mr. Guy Stapleton,* for Defendant.

---

No. 1,499.—WORTH, RESPONDENT, *v.* MONTANA CENTRAL RAILWAY COMPANY, APPELLANT.

*Appeal from District Court, Lewis and Clarke County; Henry C. Smith, Judge.*

On motion to dismiss appeal.

Decided March 18, 1903.

PER CURIAM.—The appeal herein is hereby dismissed, each party to pay his own costs, in accordance with the stipulation on file.

*Mr. A. J. Shores,* for Appellant.

*Mr. C. W. Wiley,* for Respondent.